FILE COPY

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 14-0758

DAVID S. BAGWELL, INDIVIDUALLY
AND AS TRUSTEE OF THE DAVID S.
BAGWELL TRUST; MARILYN D.
GARNER, CHAPTER 7 TRUSTEE FOR
THE DAVID BAGWELL COMPANY;
AND EVERMORE COMMUNITIES,
LTD.
v.
RIDGE AT ALTA VISTA INVESTMENTS
I, LLC

§
§
§
§
§
§
§

Dallas County,

5th District.

**September 4, 2015**

Petitioners' petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

**October 23, 2015**

Petitioners' motion for rehearing of petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, DAVID S. BAGWELL, INDIVIDUALLY AND AS TRUSTEE OF THE DAVID S. BAGWELL TRUST; MARILYN D. GARNER, CHAPTER 7 TRUSTEE FOR THE DAVID BAGWELL COMPANY; AND EVERMORE COMMUNITIES, LTD., pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 23rd day of October, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk